## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

CREEKSTONE FARMS PREMIUM BEEF LLC,

        Plaintiff,

v.

                                      Case No. 17-1113-EFM-KGS

LISA C. HERNANDEZ,

        Defendant.

### CONSENT JUDGMENT AND ORDER OF PERMANENT INJUNCTION

This matter comes before the Court for consideration on the joint motion of the parties for entry of a consent judgment, order for permanent injunction pursuant to F.R.Civ. P. 65(d), and order of dismissal with prejudice.  Plaintiff appears by and through its attorney, Timothy J. Finnerty of Wallace, Saunders, Austin, Brown & Enochs, Chtd.  Defendant Lisa C. Hernandez appears by and through her attorneys, Stephen E. Robison and Adam R. Burrus of Fleeson, Gooing, Coulson & Kitch, L.L.C.  There are no other appearances.

Based on the joint motion filed by the parties, the Court finds as follows:

1.      Plaintiff Creekstone operates a beef processing facility in Arkansas City, Kansas located at 604 Goff Industrial Park Road.

2.      Creekstone employed defendant as its Director of Food Safety and Quality Assurance commencing on April 11, 2016.  On April 7, 2017, defendant advised Creekstone that she had accepted employment with Demkota Ranch Beef in Aberdeen, South Dakota.

3.      A dispute has arisen between the parties with respect to defendant leaving Creekstone's employ.  In connection with that dispute, Creekstone filed a petition against defendant in Cowley County District Court on April 13, 2017 (doc. no. 1-2 at 1-16), and

obtained entry of a Temporary Restraining Order against defendant in this case on the same date (the "TRO") (doc. no. 1-2 at 31-33).

4. Creekstone alleges that defendant misappropriated certain Creekstone documents and electronic files containing Creekstone's confidential and proprietary information, including new product specifications, audits, and certification for at least one other Creekstone employee (collectively, the "Electronic Documents").

5. The defendant removed the Cowley County District Court case to this Court on May 19, 2017 (doc. no. 1).

6. The parties have fully and finally settled all claims among themselves related to the Agreement and the Acknowledgment and the matters at issue in this case which include a representation by defendant that all data transmitted by her, or anyone acting on her behalf, out of plaintiff's electronic systems has been deleted.

7. Defendant further agrees to reimburse Creekstone for moving expenses in the amount of $8,985.99.

The Court, having reviewed the parties' joint motion, makes orders as follows:

a. Defendant, and those persons described by F.R.Civ.P. 65(d)(2)(C) shall be, and are hereby, permanently enjoined from holding, using in any manner, disseminating by any means or printing any of the Electronic Documents, including all documents and e-mail transmitted by defendant out of plaintiff's electronic systems by e-mail, whether or not included in Electronic Documents, following the date on which the permanent injunction is entered.

b. All of Creekstone's claims stated in its state-court petition, with the exception of the equitable relief obtained by virtue of the permanent injunction, are dismissed with prejudice.

c. Each party is to bear its own costs and attorney fees.

IT IS THEREFORE ORDERED, that the Joint Motion for Entry of Consent and Permanent Injunction (Doc. 9) is hereby and shall be GRANTED.

IT IS SO ORDERED at Wichita, Kansas.

Dated this 30th day of August, 2017.

*Eric F. Melgren*
Eric F. Melgren
United States District Court Judge